**ELECTRONIC RECORD**

917-15
918-15

COA # 14-14-00733-CR

OFFENSE: Aggravated Robbery

STYLE: Keith Dwayne Jones v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 228th District Court

DATE: July 16, 2015   Publish: No

TC CASE #:1329499

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Keith Dwayne Jones v The State of Texas

CCA # _____

917-15
918-15

*APPELLANT'S*   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: _____
DATE: _____

REFUSED

JUDGE: _____

DATE: 10/07/2015

SIGNED: _____   PC: _____

JUDGE: *Per Curiam*

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**